JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'VERON J. RATLIFF, | Case No. ED CV 20-1313-PA (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CRAIG KOENIG, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 5, 2021

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE